RECEIVED
IN ALEXANDRIA, LA.
JUN 16 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| LOU ANNA BRYANT,<br>　　　Appelant | CIVIL ACTION<br>NO. CV 08-0724 |
| VERSUS | |
| MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br>　　　Appellee | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Commissioner's decision be REVERSED REMANDED pursuant to the fourth sentence of Section 405(g).

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this 16th day of _June_, 2009.

_____
JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE